**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

In the Matter of the Care and Treatment of Tyrone Maurice Moore, A/K/A Tyrone Moore, Appellant.

Appellate Case No. 2022-000547

---

Appeal From Berkeley County
R. Lawton McIntosh, Circuit Court Judge

---

Unpublished Opinion No. 2024-UP-155
Submitted April 1, 2024 – Filed May 1, 2024

---

**APPEAL DISMISSED**

---

Appellate Defender David Alexander, of Columbia, and Tyrone Maurice Moore, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Deborah R.J. Shupe, both of Columbia, for Respondent.

---

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and

review pursuant to *Anders v. California*, 386 U.S. 738 (1967).[1]  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[2]

**THOMAS, MCDONALD, and VERDIN, JJ., concur.**

---

[1] *See In re McCoy*, 360 S.C. 425, 602 S.E.2d 58 (2004) (adopting the *Anders* procedure for alleged no-merit appeals in sexually violent predator involuntary commitment appeals).

[2] We decide this case without oral argument pursuant to Rule 215, SCACR.